191 So. 647

### Alton FRANKLIN v. STATE.
#### 6 Div. 583.

Supreme Court of Alabama.
Oct. 19, 1939.

F. F. Windham, of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Alton Franklin for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Franklin v. State, Ala.App., 191 So. 645.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, BROWN, and FOSTER, JJ., concur.

191 So. 641
### Manuel PATE v. STATE.
#### 5 Div. 308.

Supreme Court of Alabama.
Oct. 19, 1939.

C. W. Clegg, of Wedowee, for petitioner.
Thos. S. Lawson, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Manuel Pate for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Pate v. State, 191 So. 640.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, and BROWN, JJ., concur.